# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3782

_____

Barbara J. Woolery,                     *
                                        *
      Appellant,                    *
                                        *
                                        *    Appeal from the United States
    v.                                *    District Court for the
                                        *    Western District of Missouri.
                                        *
Internal Revenue Service; Timothy F.    *
Geithner,                               *    [UNPUBLISHED]
                                        *
      Appellees.                    *

_____

Submitted: May 6, 2010
Filed: May 13, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Barbara Woolery appeals the district court's[1] adverse grant of summary judgment on her employment-discrimination action. After de novo review, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006), we find no error in the district court's order, see Anda v. Wickes Furniture Co., 517 F.3d 526, 531-32 (8th Cir. 2008) (elements of hostile-work-environment claim); Martin v. Local 1513 & Dist. 118 of the Int'l Ass'n of Machinists & Aerospace Workers, 859 F.2d 581, 585

_____

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

(8th Cir. 1988) (elements of retaliation claim).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____